IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA :
:
:
vs. : CRIMINAL NO. 4:08-CR-2-CDL
:
: VIOLATIONS: 29 USC § 501(c)
CLARENCE MORGAN : (Embezzlement of Union Funds)
_____ :

THE GRAND JURY CHARGES:

INTRODUCTORY PARAGRAPHS

I. During the time frame specified below Local Union 2948, Columbus, Georgia, was an affiliate of the United Steelworkers of America Union, a labor organization engaged in an industry affecting commerce, as defined by Title 29, United States Code, Sections 402(i) and (j).

II. During the time frame specified below, Clarence Morgan was an officer of a labor union, more specifically, President of Local 2948.

III. United Steelworkers of America's Local Union Financial Officer's manual provided in part at the section titled General Information, part 9, that:

1

"Credit Cards. Local Unions should not obtain credit cards for union expenditures. A credit card would preclude the required preauthorization (signatures) of the President, Financial Secretary and Treasurer of a Local Union. The current method of utilizing Local Union checks for the payment of authorized Local Union expenses and/or expenditures should be continued in order to assure adherence to the appropriate constitutional provision that requires the signatures of the three Local Union financial officers. This procedure is intended as a constitutional safeguard for the proper expenditure of Local Union funds. A credit card does **not** meet these constitutional safeguards and, accordingly, the Local Union must not make application for any credit card on behalf of the Local Union."

## COUNT ONE
(Embezzling Union Funds – Title 29, United States Code, Section 501(c))

From on or about January 4, 2000, through on or about June 21, 2003, in the Middle District of Georgia, the defendant,

## CLARENCE MORGAN,

did embezzle, steal, and unlawfully and wilfully abstract and convert to his own use, money, funds, and assets of Local Union 2948, in that he obtained an American Express credit card, card number 3732-748775-51002, charged merchandise and services on the American Express credit card for personal use, and caused the bills from American Express to be paid by local Union funds, all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

Presented by:

_____
GEORGE R. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this __16th__ day of January, AD 2008.

_____
Deputy Clerk